# United States Bankruptcy Court
## District of Nevada

| | | |
|---|---|---|
| In re  **Frances S. Smith-Small** | Case No. | **09-34097** |
| Debtor(s) | Chapter | **13** |

## Notice of Change of Address

Debtor's Social Security Number:     **xxx-xx-5552**

**My (Our) Former Mailing Address and Telephone Number was:**

| | |
|---|---|
| Name: | **Frances S. Smith-Small** |
| Street: | **700 Carnegie St. #3412** |
| City, State and Zip: | **Henderson, NV 89052** |
| Telephone #: | **270-6721** |

**Please be advised that effective january 6, 2010,
my (our) new mailing address and telephone number is:**

| | |
|---|---|
| Name: | **Frances S. Smith-Small** |
| Street: | **1025 Dulles Ave Apt. 1128** |
| City, State and Zip: | **Stafford, TX 77477** |
| Telephone #: | **702-715-5816** |

/s/ Frances S. Smith-Small
**Frances S. Smith-Small**
Debtor